

CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2020 APR -9 P 1: 02

FILED

BY_____

1

2

3

4

5

6

7 MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

8

| | |
|---|---|
| JACK EVERETT MAKI, | Cause No. DV 19-1146 |
| Plaintiff, | Judge: Mary Jane Knisely |
| vs. | **ORDER OF DISMISSAL AND AMENDING CAPTION** |
| GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Insurer, USAA CASUALTY INSURANCE COMPANY, a Foreign Insurer, and JOHN DOES I-III, | |
| Defendants. | |

9

10

11

12

13

14

15

16

17

18  Upon notice by the Plaintiffs and good cause appearing therefore:

19  IT IS HEREBY ORDERED that JAYME KAYE ROLL and AUTO INJURY

20 SOLUTIONS INC. are dismissed WITHOUT PREJUDICE and that the caption for this matter is

21 amended as follows:

22  *JACK EVERETT MAKI vs. GARRISON PROPERTY AND CASUALTY INSURANCE*

23 *COMPANY, a Foreign Insurer, USAA CASUALTY INSURANCE COMPANY, a Foreign Insurer,*

24 *and JOHN DOES I-III.*

25

26

27

28

DATED this ⬚ day of April, 2020.

By: _____
HON. MARY JANE KNISELY
District Court Judge

cc: Shane Colton
Jacob R. Schwaller
David M. McLean
Ryan C. Willmore

CERTIFICATE OF SERVICE *via email*

This is to certify that the foregoing was duly
served by mail/hand/inter-office delivery upon
the parties or their attorneys of record at
their last known addresses this

___ day of April, 20 ___

By _____
Judicial Asst. to Hon. Mary Jane Knisely