

**FILED**

JUL 2 1 2020

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JACK EVERETT MAKI,<br><br>Plaintiff,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Insurer, and JOHN DOES I-III,<br><br>Defendant. | CV 20-46-BLG-SPW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 19) and good cause appearing,

IT IS HEREBY ORDERD that this action is **DISMISSED with prejudice**, with each party to bear their own attorneys' fees and costs.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of July, 2020.

SUSAN P. WATTERS
United States District Court Judge